# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES HAROLD SUTHERLIN, JR.,<br><br>　　　　Defendant. | Case No.2:06-CR-00122-KJD-RJJ<br><br>**ORDER** |

Presently before the Court is Defendant's Motion to Request Removal from State Custody to Federal Custody (#27) filed on September 4, 2008. On June 5, 2007, Defendant was admitted to violations of his terms of supervised release. The Court adjudicated him guilty and sentenced him to twenty-four (24) months custody to be served consecutively to the term of incarceration he was currently serving in Nevada State Prison (#26). Plaintiff's twenty-four months of federal custody expired on or about June 5, 2009.

Accordingly, Defendant's Motion to Request Removal from State Custody to Federal Custody (#27) is **DENIED as moot**.

DATED this 12th day of May 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge